UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANTA LONDON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-3011 |
| | § | |
| ROSHELL GUMS, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

Pursuant to the default judgment as to liability against defendant Set 'Em Free Bail Bonds, Inc. entered on January 23, 2013 (Dkt. 26), the default judgment as to liability against defendant Anthony Kennedy entered on February 21, 2013 (Dkt. 33), the default judgment as to liability against defendants Roschell Gums, a/k/a Roschell D. Ward, d/b/a Thomas, Dixon, Associate Investigations, d/b/a Thomas Dixon & Associates, and Antonio Thomas entered on June 27 2013 (Dkt. 39), and the findings of fact and conclusions of law entered concurrently with this judgment, the court hereby enters FINAL JUDGMENT in favor of plaintiff Chanta London.

The court hereby AWARDS damages in the following amounts:

1.  $ 2,000.00 jointly and severally against defendants Roshell Gums, Antonio Thomas, and Anthony Kennedy for mental anguish damages.

2.  $ 6,000.00 jointly and severally against defendants Roshell Gums, Antonio Thomas, and Anthony Kennedy, as exemplary damages.

3.  $ 100.00 jointly and severally against defendants Davis d/b/a Set 'Em Free and Set 'Em Free Bail Bonds, Inc. pursuant to § 392.403(e) of the Texas Finance Code.

4.	$ 28,372.50 against Davis d/b/a Set 'Em Free, Gums, Thomas, and Kennedy, and Set 'Em Free Bail Bonds, Inc., jointly and severally, for attorney's fees.

5.	$ 1,510.00 against Davis d/b/a Set 'Em Free, Gums, Thomas, and Kennedy, and Set 'Em Free Bail Bonds, Inc., jointly and severally, for costs.

6.	Post-judgment interest at a rate of 0.11%, pursuant to 28 U.S.C. § 1961.

Additionally, London is entitled to recover the following conditional awards of attorney's fees from the defendants in the following circumstances:

1.	$ 25,000.00 in the event a defendant or defendants file an appeal to the Fifth Circuit Court of Appeals that does not result in a reversal of the judgment obtained in this action.

2.	$ 5,000.00 for making and responding to a petition for certiorari to the U.S. Supreme Court that does not result in a reversal of the judgment obtained in this action.

3.	$ 15,000.00 for an appeal to the U.S. Supreme Court in the event a petition for certiorari review is granted and does not result in reversal of the judgment obtained in this action.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on February 10, 2014.

_____
Gray H. Miller
United States District Judge