UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHANTA LONDON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-12-3011 |
| § | |
| ROSHELL GUMS, *et al.*, § | |
| § | |
| *Defendants*. § | |

**PERMANENT INJUNCTION**

Pursuant to the default judgment as to liability against defendant Set 'Em Free Bail Bonds, Inc. entered on January 23, 2013 (Dkt. 26), the default judgment as to liability against defendant Anthony Kennedy entered on February 21, 2013 (Dkt. 33), the default judgment as to liability against defendants Roschell Gums, a/k/a Roschell D. Ward, d/b/a Thomas, Dixon, Associate Investigations, d/b/a Thomas Dixon & Associates, and Antonio Thomas entered on June 27 2013 (Dkt. 39), and the findings of fact and conclusions of law entered on this date, in which the court set forth facts and legal conclusions drawn from a trial held on December 3, 2013, the court finds that the defendants have violated various consumer statutes or committed torts when attempting to collect a debt plaintiff Chanta London allegedly owed Set 'Em Free Bail Bonds and are entitled to a permanent injunction pursuant to Texas Finance Code § 392.402(a)(1). It is therefore:

**ORDERED, ADJUDGED, and DECREED** that defendants Roshell Gums, a/k/a Roschel D. Ward, a/k/a Roschell Reavely, d/b/a TDA Investigations, d/b/a Thomas, Dixon, Associate Investigations, d/b/a Thomas, Dixon & Associates; Antonio Thomas; Anthony Kennedy; Sharon Davis d/b/a Set 'Em Free Bail Bonds; and Set 'Em Free Bail Bonds, Inc., and any of their employees, representatives, and agents, be, and hereby are permanently prohibited from contacting Chanta

London, her family members, or her workplace, by telephone or otherwise, regarding the debt London allegedly owes Davis d/b/a Set 'Em Free Bail Bonds. This injunction does not, however, prevent Davis d/b/a Set 'Em Free Bail Bonds, individually or through counsel, from pursuing a claim against London in court relating to the collection of the alleged debt. It also does not prohibit Davis d/b/a Set 'Em Free Bail Bonds from attempting to enforce the judgment, should she obtain one, through proper legal means.

It is further **ORDERED, ADJUDGED, AND DECREED** that the cash deposit in the amount of $100.00 that London deposited in lieu of a bond for the preliminary injunction shall be returned to London forthwith.

It is so ORDERED.

Signed at Houston, Texas on February 10, 2014.

_____
Gray H. Miller
United States District Judge